**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ALEXIS VASQUEZ,

    Plaintiff,

v.                                                                Case No. 6:22-cv-2235-RBD-NPM

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

On referral in this Social Security appeal, U.S. Magistrate Judge Nicholas P. Mizell entered a Report and Recommendation stating that the Court should affirm the Commissioner's decision. (Doc. 30 ("R&R").) The time has passed and the parties did not object, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.    The R&R (Doc. 30) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2.    The Commissioner's decision is **AFFIRMED**.

3.    The Clerk is **DIRECTED** to enter judgment in favor of Defendant and

against Plaintiff and then to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 29, 2024.

ROY B. DALTON, JR.
United States District Judge